UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BERNARD RAYMOND PEARLE VAN PELZ,<br><br>            Petitioner,<br><br>    v.<br><br>LESLIE BANKS, WARDEN,<br><br>            Respondent. | No. SA CV 03-01366-JVS (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE FINAL REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Traverse, all of the records herein and the Final Report and Recommendation of the United States Magistrate Judge ("Final Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Final Report and Recommendation, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: _____7.2.08_____

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE