# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BERNARD RAYMOND PEARLE VAN PELZ, <br><br> Petitioner, <br><br> v. <br><br> LESLIE BANKS, WARDEN, <br><br> Respondent. | No. SA CV 03-01366-JVS (VBK) <br><br> JUDGMENT |

Pursuant to the Order Accepting and Adopting the Final Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 7.2.08

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE